# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:14-cv-381 |
| Plaintiff, | : | Judge Thomas M. Rose |
| v. | : | |
| REAL PROPERTY KNOWN AS<br>35 COMMERCIAL WAY<br>SPRINGBORO, OHIO 45066, et al., | :<br><br>: | |
| Defendants. | : | |

## ORDER LIFTING STAY

This matter is before the Court upon the United States' Motion to Lift Stay,

IT IS HEREBY ORDERED THAT:

The United States' Motion to Lift Stay is granted.

*s/Thomas M. Rose*

Date: 5/24/19

THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE