**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No.: 3:14CV381 |
| Plaintiff, | : | Judge Thomas M. Rose |
| v. | : | |
| REAL PROPERTY KNOWN AS | : | |
| 35 COMMERCIAL WAY | | |
| SPRINGBORO, OHIO 45066, et al., | : | |
| Defendants. | | |

**AGREED ORDER WITHDRAWING CLAIMS OF WILLIAM APOSTELOS,
WMA ENTERPRISES, LLC, MIDWEST GREEN RESOURCES, LLC,
APOSTELOS ENTERPRISES, INC., CONNIE APOSTELOS, COLEMAN
CAPITAL, INC. and SILVER BRIDLE, LLC**

It is hereby stipulated and AGREED by and between Plaintiff, United States of America,

and Claimants, WILLIAM APOSTELOS, WMA ENTERPRISES, LLC, MIDWEST GREEN

RESOURCES, LLC, APOSTELOS ENTERPRISES, INC., CONNIE APOSTELOS,

COLEMAN CAPITAL, INC., SILVER BRIDLE RACING, LLC and any other business entity

in which WILLIAM APOSTELOS or CONNIE APOSTELOS has any interest (hereinafter the

"parties"), and

**IT IS HEREBY ORDERED:**

1.      The claims of WILLIAM APOSTELOS, WMA ENTERPRISES, LLC, MIDWEST

GREEN RESOURCES, LLC, APOSTELOS ENTERPRISES, INC., CONNIE APOSTELOS,

COLEMAN CAPITAL, INC., SILVER BRIDLE RACING, LLC and any other business entity

in which WILLIAM APOSTELOS or CONNIE APOSTELOS has any interest, to the Defendant

assets, including but not limited to Docs. 14, 15, 25 and 26, are hereby withdrawn.

2.      Any and all claims which WILLIAM APOSTELOS, WMA ENTERPRISES, LLC, MIDWEST GREEN RESOURCES, LLC, APOSTELOS ENTERPRISES, INC., CONNIE APOSTELOS, COLEMAN CAPITAL, INC., SILVER BRIDLE RACING, LLC and any other business entity in which WILLIAM APOSTELOS or CONNIE APOSTELOS has any interest, may have against the Plaintiff, its agencies, and/or employees as well as local law enforcement agencies and their employees, arising out of the facts giving rise to this forfeiture action are hereby released.

3.      The parties shall bear their own costs, including any possible attorneys' fees, court costs, or other expenses of litigation.

4.      The Court will retain jurisdiction to enforce the terms of this Agreement.


**SO ORDERED:**                              **\*s/Thomas M. Rose**

                                             _____
May 27, 2019                                        THOMAS M. ROSE
                                             UNITED STATES DISTRICT JUDGE


BENJAMIN C. GLASSMAN
Acting United States Attorney

*s/Pamela M. Stanek*_____
PAMELA M. STANEK (0030155)
Assistant United States Attorney


s/F. Arthur Mullins_____        s/John Paul Rion_____
F. Arthur Mullins                         Jon Paul Rion
Counsel for Defendant,                    Counsel for Defendant,
William Apostelos,                        Connie Apostelos,
WMA Enterprises, LLC,                     Coleman Capital, Inc.,
Midwest Green Resources, LLC,             Silver Bridle Racing, LLC,
Apostelos Enterprises, Inc.


s/William Apostelos_____        s/Connie Apostelos_____
William Apostelos                         Connie Apostelos