**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:14-cv-381 |
| Plaintiff, | : | Judge Thomas M. Rose |
| v. | : | |
| REAL PROPERTY KNOWN AS 35 COMMERCIAL WAY SPRINGBORO, OHIO 45066, et al., | : : | |
| Defendants. | : | |

## ORDER DISMISSING CIVIL FORFEITURE ACTION WITHOUT PREJUDICE

This matter is before the Court upon the United States' Motion to Dismiss Civil Forfeiture Action Without Prejudice.

IT IS HEREBY ORDERED THAT:

The United States' motion to dismiss is GRANTED, and this civil forfeiture action is hereby DISMISSED without prejudice.

Date: June 24, 2019              *s/Thomas M. Rose
                                                         _____
                                                         THOMAS M. ROSE
                                                         UNITED STATES DISTRICT JUDGE